UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY YOUNG,

    Plaintiff,

v.

LANSING POLICE DEPARTMENT, et al.,

    Defendants.

_____/

Case No. 1:17-cv-641

HON. JANET T. NEFF

## ORDER

This is a civil rights action brought by a prisoner. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 5, 2017, recommending that this action be dismissed with prejudice for Plaintiff's failure to prosecute. The Report and Recommendation was duly served on the parties.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 14) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this action is DISMISSED with prejudice for Plaintiff's failure to prosecute.

A Judgment consistent with this Order will issue.

Dated: October 27, 2017                                /s/ Janet T. Neff
                                                                             JANET T. NEFF
                                                                             United States District Judge

---

[1] Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "not deliverable as addressed" and "unable to forward" (ECF No. 18). Plaintiff has failed to keep the Court apprised of his current address.